UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL STEVE COX,
    #40295
        Plaintiff,                3:12-cv-00169-ECR-WGC

vs.
                                  **ORDER**
E.K. MCDANIEL, *et al.*,
        Defendants.

Plaintiff filed this civil rights action along with an application to proceed *in forma pauperis*. However, under 28 U.S.C. § 1915(g), plaintiff has been banned from filing actions *in forma pauperis* unless he can show he is in imminent danger of serious physical injury. Plaintiff cannot proceed *in forma pauperis* in this action or any other civil action filed in any federal court because he has had three (3) or more prior actions dismissed for failure to state a claim upon which relief may be granted, or as frivolous or malicious. The subject matter of this action does not indicate that plaintiff is in imminent danger of serious physical injury. Nor does plaintiff's "motion for imminent dangers

status" set forth any allegations of imminent danger of serious physical injury (ECF #1-3).[1] He must pre-pay the filing fee in full.

**IT IS THEREFORE ORDERED** that plaintiff's application to proceed *in forma pauperis* (ECF #1) is **DENIED**.  This entire action will be dismissed without prejudice unless plaintiff pays the $350.00 filing fee in full within **thirty (30) days** of entry of this order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send plaintiff two copies of this order.  Plaintiff shall make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall retain the complaint.

DATED this 24th day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes that many, if not most, of the claims set forth in this complaint are duplicative of claims plaintiff has already set forth in other complaints before this court.  Moreover, most of the allegations of imminent danger date back almost two years, which again belies plaintiff's claim that he is in imminent danger of serious physical injury.