UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL STEVE COX,
     #40295
          Plaintiff,          3:12-cv-00169-ECR-WGC

vs.
                              **ORDER**
E.K. MCDANIEL, *et al.*,
          Defendants.

Plaintiff filed this action pursuant to 42 U.S.C. § 1983. On April 24, 2012, the court issued an order denying plaintiff's application to proceed *in forma pauperis* because he has "three strikes" under 28 U.S.C. § 1915(g) (ECF #3). The court directed plaintiff to submit the $350.00 filing fee within thirty (30) days. The court expressly warned plaintiff that failure to respond to this court's order would result in dismissal of this action. The order was served on plaintiff at his address of record.

More than the allotted time has elapsed and plaintiff has not paid the filing fee. Accordingly, this entire action will be dismissed for failure to comply with the court's order.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** for the failure of plaintiff to comply with this court's order to pay the filing fee.

1       **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly
2 and close this case.

5       DATED this 4th day of June 2012.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE