AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

MICHAEL STEVE COX,

          Plaintiff,             JUDGMENT IN A CIVIL CASE

  V.

                         CASE NUMBER: **3:12-cv-0169-ECR-WGC**

E.K. McDANIEL, et al.,

          Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_**X**_    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice** for the failure of plaintiff to comply with this court's order to pay the filing fee.

   June 4, 2012                      **LANCE S. WILSON**
                                        Clerk

                                   /s/ Jennifer Cotter
                                    Deputy Clerk